## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA



United States )
)
vs. )
)
Melissa Anderson )

Citation#:   3326999, 7000

### ORDER

The following Condition of Release shall be added:

1.   Refrain from excessive use of alcohol.

All other conditions of release remain in full force and effect.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Court Judge

3/5/12
Date



CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
2012

/s/
Buchanan

AO 199A (Rev. 6/97) Order Setting Conditions of Release                                                                                                     Page 1 of __3__ Pages

FILED

# UNITED STATES DISTRICT COURT

2012 FEB -3  A 10: 59

__Eastern__   District of   __Virginia__         CLERK US DISTRICT COURT
                                                 ALEXANDRIA, VIRGINIA

United States of America

v.                                          **ORDER SETTING CONDITIONS**
                                                  **OF RELEASE**

__Melissa Anderson__     Case Number: __332699 & 332700__

Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __United States District Court__

__401 Courthouse Sq., Alexandria, VA__ on __April 10, 2012 @ 10:00 AM__
                                                        Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

(Rev. 1/98) Order Setting Conditions of Release                                                                 Page 2 of 3 Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and State) _____ (Tel.No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian of Proxy

( X )(7) The defendant shall:
   ( ) (a) maintain or actively seek employment.
   ( ) (b) maintain or commence an educational program.
   ( ) (c) abide by the following restriction on his personal associations, place of abode, or travel:
         **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.**

   ( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: _____

   (X) (e) report on a regular basis to the following agency: **Pretrial Services.**
   ( ) (f) comply with the following curfew: _____
   ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapons.
   ( ) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug or controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical person.
   ( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____
   ( ) (j) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____
   ( ) (k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
   ( ) (l) execute a bail bond with the solvent sureties in the amount of $_____
   ( ) (m) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
   ( ) (n) surrender any passport or other travel documents to: _____
   ( ) (o) obtain no passport or travel documents.
   (X) (p) undergo substance abuse testing and/or treatment as directed at the direction of Pretrial Services. *paid for by cliff*
   ( ) (q) the defendant shall not operate a motor vehicle without a valid license.
   ( ) (r) the defendant is placed on home detention with electronic monitoring as directed.
   ( ) (s) _____

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Melissa B Anderson_
Signature of Defendant

_9026 McNair Dr_
Address

_Alexandria, VA 22309_
City and State / Telephone

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _2/3/12_                                           _[signature]_
                                                          Signature of Judicial Officer

                                                          Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

### CONTINUANCE REQUEST/COURT RECORD

*(Court policy: For petty motor vehicle offenses other than DWI/DUI, one continuance 45 days or less from original Court date. For Class A misdemeanors and DWI/DUI, and all second continuances, no continuance except by motion made in court by defendant in person, or by written motion of a defense attorney.)*

Defendant's Name: **Anderson, Melissa** Defendant's Case Number: **3326999, 7000**

Reason for continuance request: _____

Original Court Date: **1/31/12**  Continued Date: **2/3/12 @ 10:00 AM**

**X** Defendant advised of continued date. **Via atty, Ron Hiss**

___ Defendant advised of possible consequences:

1. No further continuances except by motion made in Court by defendant in person, or by written motion from defense counsel.

2. If ticket is marked "M/A" then failure to appear will result in an arrest **warrant**.

3. If collateral/fine is set then failure to appear will result in **suspended** operator's license, **tripling** of collateral/fine, and arrest **warrant** if triple collateral not paid.

___ Defendant Self Surrendered

___ Defendant Released on PR Bond, Appearance Date: _____

Date continuance requested: _____  Deputy Clerk: _____

| DATE | MINUTE ENTRY |
|---|---|
| 1/30/12 | Counsel Ron Hiss called to reset matter. Reset to 2/3/12 @ 10:00 AM |